**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Cadence Bank v. Roy J. Elizondo III and Roy J. Elizondo III PLLC

Appellate case number:   01-17-00886-CV

Trial court case number:  2014-65226

Trial court:             234th District Court of Harris County, Texas

       We overrule the appellant's motion for rehearing filed July 1, 2019, and we withdraw our opinion and judgment issued on May 16, 2019. *See* TEX. R. APP. P. 19.1. This appeal is reinstated and will be resubmitted, with a new opinion and judgment to be issued at a later date.

       It is so ORDERED.

Judge's signature: /s/    *Sarah Beth Landau*        _____
                      ☐ Acting individually    ☒ Acting for the Court

Date: <u>December 17, 2019</u>

Panel consists of Justices Keyes and Landau.